455 F.2d 608
 79 L.R.R.M. (BNA) 2127, 67 Lab.Cas. P 12,360
 NLRB
v.
Plumbers & Steamfitters Local Union No. 60 of United
Association of Journeymen and Apprentices of
Plumbing and Pipe Fitting Industry of
United States and Canada, AFL-CIO
 71-2000
 United States Court of Appeals Fifth Circuit
 Dec. 7, 1971
 
 1
 NLRB La.
 
 
 2
 (The decision of the Court is referenced in a 'Table of Decisions Without Reported Opinions' appearing in the Federal Reporter. The Fifth Circuit by rule sets forth criteria for publication, provides for affirmance without opinion in certain circumstances, and directs that if an unpublished opinion is cited, a copy shall be attached to each copy of the brief. Fifth Circuit Rules, Rule 47.5, 28 U.S.C.A.)